IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>      *Plaintiff*,<br><br>v.<br><br>WASHINGTON INVESTMENT GROUP LLC, *et al.*,<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 18-01934 |

## ORDER

**AND NOW**, this 14th day of May, 2018, Plaintiff's Motion for Permission to use ECF/EFiling (ECF No. 3), is **GRANTED**. Plaintiff is directed to register for an ECF account for this case with the Clerk of Court. The Clerk of Court is directed to permit registration and provide Plaintiff access to ECF for the above-captioned case only.

                                                        BY THE COURT:

                                                        ***/s/ Gerald J. Pappert***
                                                        GERALD J. PAPPERT, J.