**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDREW R. PERRONG** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action** |
| | ) | |
| **v.** | ) | **No. 18-01934** |
| | ) | |
| **WASHINGTON INVESTMENT GROUP LLC** | ) | |
| | ) | |
| **Defendants** | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Plaintiff ANDREW R. PERRONG hereby dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), since the parties have settled the case. Plaintiff certifies that no answer, motion for summary judgment, or other responsive pleading has been filed by the opposing party in this case. Plaintiff further states that the parties have settled this action amicably to the satisfaction of all parties.

Respectfully submitted,

Dated: 6/21/2018

*/s/Andrew R. Perrong*
*Andrew R. Perrong*